JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STACI L. STARBUCK, an individual,

        Plaintiff,

    vs.

HAWAII MOVING PROS, an unknown business entity; CITY MOVING, INC., a California Limited Liability Company; LIOR OREN, an individual, ORLANDO RODRIEGUEZ, an individual; ARNON CHEN, an individual, GUSTAVO ARCOS, an individual; and DOES 1-50, inclusive,

        Defendants.

Case No. 2:25-cv-11377-CBM-JDE

**ORDER APPROVING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Trial Date:      None Set

Judge Consuelo B. Marshall
Magistrate Judge John D. Early
_____

Before the Court is the Joint Stipulation of Plaintiff Staci L. Starbuck ("Plaintiff") and Defendant City Moving, Inc. dba Hawaii Moving Pros ("City Moving") to Dismiss Action With Prejudice (the "Stipulation"). The Court, having reviewed the Stipulation and finding good cause therefor,

IT IS HEREBY ORDERED that the Stipulation is GRANTED. This action is hereby dismissed in its entirety, with prejudice, as to all claims asserted by Plaintiff against all Defendants.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: April 14, 2026

Hon. Consuelo B. Marshall
United States District Judge

2